# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br> and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>    Intervenor-Plaintiff,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00144-SLG |

## ORDER RE MOTION TO INTERVENE

Before the Court at Docket 11 is the Alaska Oil and Gas Association's ("AOGA") Motion to Intervene as a plaintiff in the above-captioned matter. Plaintiff does not oppose the motion. Defendants did not respond to the motion.

Upon due consideration, IT IS ORDERED that the motion at Docket 11 is GRANTED, and the case caption shall be amended as shown above. Intervenor-Plaintiff AOGA shall file a clean copy of its Complaint in Intervention (Docket 11-1) within 7 days of the date of this order.

DATED this 30th day of August, 2024, at Anchorage, Alaska.

               */s/ Sharon L. Gleason*
               UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00144-SLG, *SOA v. BLM, et al.*
Order re. Motion to Intervene
Page 2 of 2
Case 3:24-cv-00144-SLG   Document 18   Filed 08/30/24   Page 2 of 2