ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT,<br><br>　　　　Plaintiff,<br>　v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00136-SLG |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00142-SLG |
| NORTH SLOPE EXPLORATION, LLC, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00143-SLG |

*Voice of the Arctic Iñupiat v. BLM, et al*　　Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT STATUS REPORT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>        Intervenor-Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00144-SLG |
| NORTH SLOPE BOROUGH,<br><br>        Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00145-SLG |

# JOINT STATUS REPORT

These cases challenge a Final Rule titled "Management and Protection of the National Petroleum Reserve in Alaska." *See* 89 Fed. Reg. 38,712 (May 7, 2024) (the "NPR-A Rule"). While these cases were pending, Defendants issued notice of a proposed rule to rescind the NPR-A Rule. *See* 90 Fed. Reg. 23507 (June 3, 2025). Based on the unopposed joint motion by Plaintiffs, Intervenor-Plaintiff, and Defendants, further proceedings in all the cases have all been stayed in anticipation of completion of the rulemaking process. Defendants, Plaintiffs, and Intervenor-Plaintiff now provide this further status report. *See* Text Order, Dkt. 48 (Case No. 3:24-cv-00136-SLG).

On November 17, 2025, a Final Rule was published in the Federal Register titled

"Rescission of the Management and Protection of the National Petroleum Reserve in Alaska Regulations, Issued May 7, 2024." *See* 90 Fed. Reg. 51,470 (Nov. 17, 2025). The Final Rule became effective on December 17, 2025. While the parties have initially conferred, those efforts have been limited as a result of various other litigation developments, including litigation that cites and relies upon portions of the now-rescinded NPR-A Rule that is the subject of these cases. The parties therefore require additional time to determine the effect of the Final Rule on this litigation.

In light of the foregoing, Defendants, Plaintiffs, and Intervenor-Plaintiff respectfully request that the Court extend the current stay of proceedings for an additional 60 days. The parties propose to file further pleadings as deemed necessary by any party, or a further joint status report, not later than February 20, 2026. Counsel have conferred, and the Intervenors-Defendants in the above captioned cases take no position on this request.

Respectfully submitted,

DATED: December 22, 2025.	ADAM R.F. GUSTAFSON
	Principal Deputy Assistant Attorney General
	United States Department of Justice
	Environment and Natural Resources Division

	*/s/ Paul A. Turcke*
	PAUL A. TURCKE
	Trial Attorney, Natural Resources Section
	1290 West Myrtle Street, Suite 500
	Boise, ID 83702
	202-532-5994 ǁ 202-305-0275 (fax)
	paul.turcke@usdoj.gov

	*Counsel for Defendants*

Of Counsel:

JOSHUA HANSON
LINDSAY CRONIN
Office of the Solicitor
United States Department of the Interior

        ASHBURN & MASON, P.C.

        */s/ Matthew T. Findley* (consent)
        Matthew T. Findley (AK Bar No. 0504009)
        1227 W. Ninth Ave., Suite 200
        Anchorage, AK 99501
        907-276-4331
        matt@anchorlaw.com

        *Counsel for Plaintiff* (No. 24-cv-136)

        STOEL RIVES LLP

        */s/ Jason T. Morgan* (consent)
        RYAN P. STEEN, Bar No. 0912084
        ryan.steen@stoel.com
        JASON T. MORGAN, Bar No. 1602010
        jason.morgan@stoel.com

        *Attorneys for Plaintiff ConocoPhillips Alaska, Inc.* (No. 24-cv-142)

        */s/ Malinda Morain* (consent)
        Theresa Sauer (admitted *pro hac vice*)
        Malinda Morain (admitted *pro hac vice*)
        BEATTY & WOZNIAK, P.C.
        1675 Broadway Street, Suite 600
        Denver, CO 80202
        303-407-4499
        tsauer@bwenergylaw.com
        mmorain@bwenergylaw.com

        *Attorneys for Plaintiffs* (No. 24-cv-143)

        STEPHEN J. COX
        ATTORNEY GENERAL

        Ronald W. Opsahl (Alaska Bar No. 2108081)
        Gracie E. Holden (Alaska Bar No. 1905043)
        Department of Law
        1031 W. 4th Avenue, Suite 200
        Anchorage, AK 99501

907-269-5232
ron.opsahl@alaska.gov
gracie.holden@alaska.gov

By: /s/ *Kathleen C. Schroder* (consent)
Kathleen C. Schroder (admitted *pro hac vice*)
Mark E. Champoux (admitted *pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut St., Suite 700
Denver, CO 80205
303-892-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

*Attorneys for the State of Alaska* (No. 24-cv-144)

/s/ *Andrew C. Lawrence* (consent)
PAUL D. CLEMENT (admitted *pro hac vice*)
  *Counsel of Record*
ANDREW C. LAWRENCE (admitted *pro hac vice*)
KEVIN WYNOSKY (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
202-742-8900
paul.clement@clementmurphy.com

*Counsel for Intervenor-Plaintiff*
*Alaska Oil and Gas Association* (No. 24-cv-144)

/s/ *Tyson C. Kade* (consent)
Tyson C. Kade, D.C. Bar No. 1018014
Melinda Meade Meyers
*Pro Hac Vice*
VAN NESS FELDMAN, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
202-298-1800
tck@vnf.com
mmm@vnf.com

*Counsel for Plaintiff North Slope Borough*
(No. 24-cv-145)

# CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                        */s/ Paul A. Turcke*
                                          Paul A. Turcke